**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

KURTIS TYRONE WRIGHT,

    Petitioner,

v.                              CASE NO. 4:09cv481-MP-CAS

EDWIN G. BUSS,

    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 16, 2012. (Doc. 33). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The amended petition for writ of habeas corpus (doc. 7) is DISMISSED as moot because Petitioner is no longer in custody.[1]

    **DONE and ORDERED** this 7th day of May, 2012.

                                  *s/ M. Casey Rodgers*
                                  **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The court is advised that Petitioner Kurtis Wright, #N14304, died while in custody on September 17, 2011. (See doc. 34).